**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Home Depot Supply MRO,

       Plaintiff,                                                 Civil No. 06-3327 (PAM/JSM)

v.

Paul Hanlon, and                                                **ORDER**
Wilmar, Inc.

       Defendants.

Pursuant to the stipulation and agreement of the parties, the Court hereby Orders that this matter be dismissed with prejudice, including any and all claims brought by plaintiff or that are the subject matter of this litigation, with each party to bear its own respective attorneys' fees and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**Date:** February 22, 2007                                      s/Paul A. Magnuson
                                                                     Judge Paul A. Magnuson
                                                                    United States District Court